UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SHEILA McMATH,               )
                             )
         Plaintiff,          )
                             )
    v.                       )    No. 4:17-CV-150 JAR
                             )
UNITED STATES IMMIGRATION    )
DEPARTMENT, et al.,          )
                             )
         Defendants.         )

## MEMORANDUM AND ORDER

Plaintiff seeks leave to proceed in forma pauperis in this civil action. The motion is granted. Additionally, this action is dismissed as frivolous.

### Standard of Review

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Allegations are frivolous if they are delusional or based in fantasy. *See Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992).

### The Complaint

This is the fourth frivolous action that plaintiff has filed alleging that she has been subjected to "terrorism" by several individuals. *See McMath v. Woodford*, 4:15CV552 ERW (E.D. Mo.); *McMath v. Campbell*, 4:15CV853 AGF (E.D. Mo.); *McMath v. United States Immigration Department*, 4:15CV1860 JAR (E.D.Mo.).

In this case, plaintiff alleges that, "[t]he new immigrants are exchange students trying control [sic] people, old immigrants/family 1930-1969 years. Immigrants are Israel, Afghanistan, India, Africa, Mexico, South America, Caribbean, Asia countries. They are young

entrepreneurs/innovators need [to] stop glass building projects/stop controlling world satellites." Plaintiff also believes that the government should immigrants want to "eliminate historic buildings with pyramids and domes." She also claims to be oppressed by Jehovah Witnesses.

## Discussion

The allegations in the complaint are delusional and based entirely in fantasy. Therefore, this case must be dismissed under 28 U.S.C. § 1915(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 13th day of February, 2017.

/s/ John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE